THE TOWN OF SOUTHAMPTON, Respondent, *v.* EDWARD POST, Appellant.

(Submitted March 22, 1892; decided April 19, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 11, 1889, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*Timothy M. Griffing* and *James H. Tuthill* for appellant.

*Thomas Young* and *Thomas F. Bisgood* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

CLARA L. DOTY, Respondent, *v.* THE NEW YORK STATE MUTUAL BENEFIT ASSOCIATION of Syracuse, N. Y., Appellant.

(Argued March 22, 1892; decided April 19, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made February 11, 1890, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*T. K. Fuller* and *Charles H. Peck* for appellant.

*Isaac D. Garfield* for respondent.

Agree to affirm; no opinion.
All concur, except VANN, J., not voting.
Judgment affirmed.